UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
Case No. 11-1496

| | |
|---|---|
| WAYNE EARL LAFOUNTAIN,<br>    Plaintiff-Appellant,<br><br>v.<br><br>SHIRLEE HARRY, ET AL.,<br>    Defendants-Appellees. | MOTION TO CORRECT<br>TYPOGRAPHICAL ERRORS |

    Counsel for Appellant Wayne Earl LaFountain respectfully asks the Court to correct a typographical error in its May 22, 2013 Opinion and states as follows:

    1.    The Court's Order states that the appeal in this matter was argued by "Seamus E. Kelly," a student in the Vanderbilt Appellate Litigation Clinic.

    2.    The correct listing of Mr. Kelly's name is "Seamus T. Kelly."

    3.    Mr. Kelly's name is also misspelled in the Court's docket, where he is listed as "Deamus T. Kelly."

    4.    Accordingly, counsel asks that Mr. Kelly's name be corrected to "Seamus T. Kelly" in the Opinion and the Court's docket.

Respectfully submitted this 4th day of June, 2013,

        /s/   Alistair E. Newbern_____
Alistair E. Newbern
Counsel for Appellant
Vanderbilt Appellate Litigation Clinic
Vanderbilt Law School
131 21st Avenue South
Nashville, TN  37203
(615) 322-4964 (telephone)
(615) 343-6562 (facsimile)
alistair.e.newbern@vanderbilt.edu

## CERTIFICATE OF SERVICE

I hereby certify that, on June 4, 2013, I will serve counsel for Defendants-Appellees with one copy of the attached Motion to Correct Typographical Errors by issuance of electronic notice through the Court's ECF filing system.

/s/　Alistair E. Newbern_____

Alistair E. Newbern
Vanderbilt Appellate Litigation Clinic
Vanderbilt Law School
131 21st Avenue South
Nashville, TN  37203
(615) 322-4964 (telephone)
(615) 343-6562 (facsimile)
alistair.e.newbern@vanderbilt.edu